

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FRONTIER PLAZA, LLC,

    Plaintiff,

vs.

MICHAELS STORES, INC.,

    Defendant.

Case No. 24-CV-28-R

## AMENDED SCHEDULING ORDER

    Before the Court is the parties' Joint Motion to Extend Pretrial and Trial Deadlines. [ECF No. 39]. On February 10, 2025, the Court found good cause and granted the parties' Motion. [ECF No. 40]. On February 24, 2025, the Court held a Scheduling Conference. Counsel participating were Isaac Sutphin and Kasey Schlueter for Plaintiff and Mark Johnson, Bessie Fakhri, and Tara Nethercott for Defendant. All provisions in the Initial Pretrial Order [ECF No. 24] remain the same except as follows:

    **Stipulations as to Facts — April 8, 2025**

    **Motions in Limine —**

        **Filing Deadline — April 8, 2025**

        **Response Deadline — April 15, 2025**

    **Final Pretrial Conference — April 24, 2025, at 2:00 p.m. in Cheyenne,**

**Wyoming.**

**Bench Trial — May 12, 2025, at 9:00 a.m. in Cheyenne, Wyoming.** It is expected to last **three (3) days**. This case is **stacked # 2** on the Court's docket. U.S.D.C.L.R. 40.1(a).

Dated this 24th day of February, 2025.

_____
Kelly H. Rankin
United States District Judge